# Exhibit F

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR
- 1a. ORGANIZATION'S NAME
- 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
- 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR
- 2a. ORGANIZATION'S NAME
- 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
- 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

OR
- 3a. ORGANIZATION'S NAME
- 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
- 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

4. COLLATERAL: This financing statement covers the following collateral:

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

## SCHEDULE A
## Uniform Commercial Code Financing Statement

Debtor: **CAR TOYS, INC.**
4104 C Street NE #100
Auburn, WA 98002

Secured Party: **WEBSTER BANK, NATIONAL ASSOCIATION**
200 Elm Street
Stamford, CT 06902

Capitalized terms used herein are defined in the Uniform Commercial Code as in effect in Connecticut, as may be amended from time to time (the "Code").

All of Debtor's present and future right, title and interest in and to all of Debtor's tangible and intangible assets and personal properties whether now owned or hereafter acquired or credited by it, together with the products and proceeds thereof, and including, without limitation, the following:

(i) All Inventory and Goods of Debtor, whether now owned or hereafter acquired, including, but not limited to, all goods, merchandise, raw materials, work in process, finished goods and products and all other tangible personal property whether now owned or hereafter acquired by Debtor and held for sale or lease or furnished or to be furnished under contracts of service or used or consumed in Debtor's business;

(ii) All Accounts and all Supporting Obligations related thereto (as such capitalized terms are defined in the Code) of Debtor, whether now existing or hereafter arising, including, without limitation, all accounts receivable, notes, drafts, acceptances or other forms of obligations and receivables, whether now or hereafter received by or belonging to Debtor, for inventory sold or for services rendered, and all rights to payments under contracts, whether or not earned by performance, together with all guarantees and security therefor, all accounts arising or to arise therefrom, and all proceeds thereof (whether cash proceeds or otherwise), and including, without limitation, all rights of Debtor in and to the goods represented thereby including reclaimed, returned or repossessed goods, and all rights Debtor may have or acquire for securing or enforcing the foregoing, including, without limitation, the rights to reserves, deposits, income tax refunds, choses in action, judgments, insurance proceeds and all other rights of Debtor to receive payments;

(iii) All Instruments, including Promissory Notes, Documents and Chattel Paper, whether tangible or electronic, and all Supporting Obligations related thereto (as such capitalized terms are defined in the Code) of Debtor, whether now existing or hereafter arising, including, without limitation, all documents of title, policies and certificates of insurance, securities, deposits, cash, equipment lease/rental contracts, or other property owned by Debtor or in which it has an interest, including, but not limited to, all property allocable to unshipped orders and merchandise returned by or reclaimed by or repossessed from customers, all rights of stoppage in transit, replevin, repossession and reclamation and all other rights of an unpaid vendor or lienor;

(iv) All Deposit Accounts, Letter of Credit Rights and all Supporting Obligations related thereto (as such capitalized terms are defined in the Code) of Debtor, whether now existing or hereafter arising, together with the rights to withdraw from said Deposit Accounts and make deposits to the same and the right to draw under Letters of Credit;

(v) All Equipment, Farm Products and Fixtures (as such capitalized terms are defined in the Code) of Debtor, whether now owned or hereafter acquired, including, without limitation, all machinery and personal property (whether tangible or intangible) and all additions and accessions thereto and substitutions and replacements

therefor, including, without limitation, all tools, dies, molds and similar assets, furniture and furnishings;

(vi) All General Intangibles, including Payment Intangibles and Software, and all Supporting Obligations related thereto (as such capitalized terms are defined in the Code) of Debtor, whether now existing or hereafter arising or acquired, including but not limited to, customer lists, rights to reserves, deposits, tax refunds, choses in action, judgments, patents, patent applications, trademarks, trademark registrations and applications therefor, trade names, trade processes, trade secrets, copyrights, copyright registrations and applications therefor, licenses, franchises and corporate name and goodwill of Debtor's business, all insurance policies and cash values and proceeds thereof and all rights of Debtor to receive payment;

(vii) All Investment Property, including Certificated Securities, Uncertificated Securities, and Security Entitlements, and all Supporting Obligations related thereto (as such capitalized terms are defined in the Code) of whatever type or nature, including, without limitation, all security accounts, all commodity contracts, all commodity accounts and all financial assets of every type and nature and all rights thereto or therein and all financial accounts of every type and nature and all rights thereto or therein, and all proceeds and products thereof, including, without limitation, all insurance proceeds and fidelity bond proceeds related thereto;

(viii) All of Debtor's right, title and interest in and to its equity or transferable interests in any affiliates or subsidiaries;

(ix) Proceeds (as such capitalized term is defined in the Code) including, without limitation, insurance proceeds and condemnation awards and products of all of the foregoing property described in (i) through (viii) hereof, whether such Proceeds take the form of Accounts, Inventory, Instruments, Documents, Chattel Paper, Investment Property, General Intangibles, Equipment, Farm Products or Fixtures, or otherwise;

(x) All machinery, equipment, apparatus, fittings, fixtures and articles of personal property now or hereafter owned by Debtor of every kind and nature whatsoever, including, without limitation, furnaces, oil burners and other heating equipment, all sinks, tubs, lavatories and other plumbing equipment, lighting, laundry, incinerating and power equipment, engines, pipes, fans, pumps, tanks, boilers, motors, generators, conduits, switchboards, lifting, cleaning, fire prevention, fire extinguishing, refrigerating, incinerating, ventilating, communications apparatus, air cooling and air conditioning apparatus, water heating equipment, elevators, escalators, shades, awnings, screens, storm doors, windows, attached cabinets, partitions, ducts and compressors and appliances, fixtures, appurtenances thereto and all renewals, replacements and substitutions therefor whether or not the same are attached to any building or any other improvement in any manner and all right, title and interest of Debtor in and to any of the foregoing;

(xi) All licenses, permits and agreements of any kind or nature pursuant to which: (a) Debtor operates or has authority to operate property (whether tangible or intangible); (b) Debtor possesses, uses or has authority to possess or use property (whether tangible or intangible) of others; or (c) others possess, use or have authority to possess or use property (whether tangible or intangible) of Debtor; and

(xii) All patents and letters of patent of the United States or any other country, all right, title and interest therein and thereto, and all registrations and recordings thereof, including, without limitation, applications, registrations and recordings in the United States Patent and Trademark Office or in any similar office or agency of the United States and/or any state thereof or any other country or any political subdivision thereof, all whether now owned or hereafter acquired by Car Toys and all reissues, continuations, continuations-in-part or extensions thereof and all licenses thereof.