# Exhibit B

**Car Toys Weekly Liquidity Model**
August 17, 2025

DRAFT

| Week of Forecast | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 8/10/25 | 8/17/25 | 8/24/25 | 8/31/25 | 9/7/25 | 9/14/25 | 9/21/25 | 9/28/25 | 10/5/25 | 10/12/25 | 10/19/25 | 10/26/25 | 11/2/25 | 11/9/25 | 11/16/25 | 11/23/25 | 11/30/25 | 12/7/25 | 12/14/25 | 12/21/25 | 12/28/25 | Total |
| | Act. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. |
| **Total Operating Receipts** | $1,514,152 | $1,497,487 | $1,510,140 | $1,751,761 | $1,222,953 | $1,381,696 | $1,362,986 | $1,362,986 | $521,314 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $10,611,322 |
| **Total Non-Recurring Receipts** | $- | $3,300,000 | $- | $- | $- | $- | $- | $- | $2,163,246 | $- | $- | $- | $- | $- | $- | $- | $769,026 | $- | $- | $- | $- | $6,232,272 |
| **Total Seller's Note Proceeds** | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $234,550 | $- | $- | $- | $234,550 | $- | $- | $- | $- | $469,101 |
| Inventory | (635,411) | (191,000) | (308,854) | (308,854) | (219,216) | (219,216) | (219,216) | (219,216) | $- | - | - | - | - | - | - | - | - | - | - | - | - | (1,685,571) |
| Freight | (77,860) | - | (15,443) | (15,443) | (19,303) | (10,961) | (10,961) | (10,961) | - | - | - | - | - | - | - | - | - | - | - | - | - | (83,071) |
| Payroll | (292,865) | (2,081,000) | (334,543) | (1,153,876) | - | (964,765) | - | (1,412,637) | (4,925) | (43,339) | - | (43,339) | (4,925) | (43,339) | - | (43,339) | (148,382) | - | - | - | - | (6,278,409) |
| Rent | (664,397) | - | - | (601,804) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (601,804) |
| Utilities | (61,294) | - | - | - | - | (100,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (100,000) |
| Insurance | (11,507) | (11,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (11,000) |
| Taxes | (5,517) | - | (379,365) | - | - | - | (444,767) | - | - | - | - | (284,226) | - | - | - | - | - | - | - | - | - | (1,108,358) |
| Tech | - | - | (27,585) | - | - | - | (40,930) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (68,515) |
| Marketing & Advertising | (75,876) | - | (56,707) | (56,707) | (56,707) | (56,707) | (56,707) | (56,707) | - | - | - | - | - | - | - | - | - | - | - | - | - | (340,243) |
| Maintenance & Supplies | (3,608) | - | (12,500) | (2,500) | (9,099) | (27,862) | (2,500) | (12,500) | - | - | - | - | - | - | - | - | - | - | - | - | - | (66,961) |
| Other | (293,142) | - | (79,477) | (94,477) | (70,528) | (70,528) | (70,528) | (70,528) | - | - | - | - | - | - | - | - | - | - | - | - | - | (456,066) |
| **Operating Disbursements** | ($2,178,186) | ($2,283,000) | ($1,214,474) | ($2,233,660) | ($374,854) | ($1,350,039) | ($945,609) | ($1,782,549) | ($4,925) | ($43,339) | ($284,226) | ($43,339) | ($4,925) | ($43,339) | $- | ($43,339) | ($148,382) | $- | $- | $- | $- | ($10,799,999) |
| **Operating Cash Flow** | ($664,034) | $2,514,487 | $295,666 | ($481,899) | $848,098 | $31,657 | $417,377 | ($419,563) | $2,679,635 | ($43,339) | ($284,226) | ($43,339) | $229,625 | ($43,339) | $- | ($43,339) | $855,194 | $- | $- | $- | $- | $6,512,695 |
| Debt Interest, Principal, and Fees | ($2,327) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | ($1,639,511) | $- | $- | $- | ($1,639,511) |
| Professional Fees | - | (425,548) | - | (87,800) | (100,000) | - | - | (14,500) | (331,847) | - | - | - | (140,700) | - | - | - | (349,000) | - | - | - | - | (1,434,894) |
| RX Nonrecurring Disbursements | (47,500) | (618,750) | - | - | - | (812,646) | - | - | - | (125,000) | - | - | - | - | - | - | (663,129) | - | - | - | - | (2,234,025) |
| **Non-Operating Disbursements** | ($49,827) | ($1,044,298) | $- | ($87,800) | ($100,000) | ($812,646) | $- | ($14,500) | ($331,847) | ($125,000) | $- | $- | ($140,700) | $- | $- | $- | ($1,012,129) | ($1,639,511) | $- | $- | $- | ($5,308,431) |
| **Total Disbursements** | ($2,228,013) | ($3,327,298) | ($1,214,474) | ($2,321,460) | ($474,854) | ($2,162,685) | ($945,609) | ($1,797,049) | ($336,772) | ($168,339) | ($284,226) | ($43,339) | ($145,625) | ($43,339) | $- | ($43,339) | ($1,160,512) | ($1,639,511) | $- | $- | $- | ($16,108,430) |
| **Net Cash Flow** | ($713,861) | $1,470,190 | $295,666 | ($569,699) | $748,098 | ($780,989) | $417,377 | ($434,063) | $2,347,788 | ($168,339) | ($284,226) | ($43,339) | $88,925 | ($43,339) | $- | ($43,339) | ($156,935) | ($1,639,511) | $- | $- | $- | $1,204,264 |
| Opening Book Cash Balance | ($490,403) | ($1,204,265) | $265,925 | $561,591 | ($8,108) | $739,990 | ($40,999) | $376,378 | ($57,685) | $2,290,103 | $2,121,764 | $1,837,538 | $1,794,199 | $1,883,124 | $1,839,786 | $1,839,786 | $1,796,447 | $1,639,511 | $- | $- | $- | |
| Net Cash Flow | (713,861) | 1,470,190 | 295,666 | (569,699) | 748,098 | (780,989) | 417,377 | (434,063) | 2,347,788 | (168,339) | (284,226) | (43,339) | 88,925 | (43,339) | - | (43,339) | (156,935) | (1,639,511) | - | - | - | |
| **Closing Cash Balance (Book)** | ($1,204,265) | $265,925 | $561,591 | ($8,108) | $739,990 | ($40,999) | $376,378 | ($57,685) | $2,290,103 | $2,121,764 | $1,837,538 | $1,794,199 | $1,883,124 | $1,839,786 | $1,839,786 | $1,796,447 | $1,639,511 | $- | $- | $- | $- | |
| Check Float | (1,570,927) | - | (375,424) | (809,838) | (281,141) | (288,955) | (375,632) | (277,434) | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Closing Cash Balance (Bank)** | $366,663 | $265,925 | $937,016 | $801,730 | $1,021,131 | $247,957 | $752,010 | $219,749 | $2,290,103 | $2,121,764 | $1,837,538 | $1,794,199 | $1,883,124 | $1,839,786 | $1,839,786 | $1,796,447 | $1,639,511 | $- | $- | $- | $- | |