**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>CAR TOYS, INC.,<br><br>            Debtor. | CASE NO. 25-12288-TWD<br><br>**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE WITH RESPECT TO THE SAME** |

THIS MATTER came before the Court upon the Debtor's *Ex Parte* Motion for Order Shortening Time for Hearing on Emergency First Day Motions and Limiting Notice with Respect to the Same (the "**Motion to Shorten Time**") filed by Car Toys, Inc. (the "**Debtor**", the "**Company**," or "**Car Toys**"), debtor-in-possession. The Motion to Shorten Time seeks entry of an order shortening the time for hearing on the following emergency motions listed below ("**Emergency Motions**"):

    A. Debtor's Emergency Motion for Entry of Case Management Order ("**Case Management Motion**"); and

ORDER GRANTING DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE WITH RESPECT TO THE SAME - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

Case 25-12288-TWD    Doc 23    Filed 08/19/25    Ent. 08/19/25 15:19:00    Pg. 1 of 3

B. Debtor's Emergency Motion to (1) Authorize Use of Cash Collateral and Grant Adequate Protection, (2) Approve Post-Petition Loan Facility, and (3) Set a Final Hearing (the "**Cash Collateral Motion**"); and

C. Debtor's Emergency Motion for Entry of an order (I) Authorizing Debtor to (A) Continue to Operate its Cash Management Systems and Honor Pre-Petition Obligations Related Thereto and (B) Maintain Existing Bank Accounts and (II) Granting Related Relief Order (the "**Cash Management Motion**"); and

D. Debtor's Emergency Motion for Order Authorizing Debtor to Pay Pre-Petition Wages, Benefits, and Associated Costs ("**Wages Motion**"); and

E. Debtor's Emergency Motion (I) Approving Debtor's Proposed Adequaet Assurance of Payment for Future Utility Services; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; and (IV) Granting Related Relief ("**Utilities Motion**" or "**Adequate Assurance Motion**"); and

F. Debtor's Emergency Motion to Continue use of Customer Relations Programs and to Honor Pre-Petition Obligations Related to Those Programs ("**Customer Relations Motion**"); and

G. Debtor's Emergency Motion to Authorize WARN Act Notice, WARN Act Payments, and Termination of Employees ("**WARN Act Notice Motion**"); and

H. Debtor's Emergency Motion for Order Authorizing Debtor to Pay WARN Act Class Action Settlement ("**WARN Act Settlement Motion**"); and

I. Debtor's Emergency Motion for Order Authorizing Debtor to Pay Severance, key Employee Incentive Plan, and Key Employee Retention Plan Obligations ("**Severance Motion**"); and

J. Debtor's Emergency Motion for Entry of an Order Authorizing the Redaction of Certain Personally Identifiable Information of Natural Persons ("**Motion to Redact**").

The Court has reviewed the files and records herein and finds that cause exists for the requested relief. Now, therefore, it is hereby **ORDERED**:

1. The Motion to Shorten Time is GRANTED; and

2. Hearing on Debtor's Emergency Motions shall be noted for August 22, 2025, at 9:30 AM at Judge Timothy W. Dore's Seattle Courtroom,

ORDER GRANTING DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE WITH RESPECT TO THE SAME - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

4913-0736-5726, v. 4

Case 25-12288-TWD    Doc 23    Filed 08/19/25    Ent. 08/19/25 15:19:00    Pg. 2 of 3

Courtroom 8106. Responses to the Motion and supplemental pleadings are due at or before the hearing.

3. The First Day Motions shall be served on the parties in the Case Management Motion's service list in the most expeditious way possible including by email if available.

// End of Order //

Presented by:
CAIRNCROSS & HEMPELMANN, P.S.

/s/ *Steven M. Palmer*
Steven M. Palmer, WSBA No. 48823
E-mail: spalmer@cairncross.com
Bruce Leaverton, WSBA No. 15329
E-mail: bleaverton@cairncross.com
Maria Y. Hodgins, WSBA No. 56924
E-mail: mhodgins@cairncross.com
Ryan R. Cole, WSBA No. 62066
E-mail: rcole@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
*Attorneys for Debtor*

ORDER GRANTING DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE WITH RESPECT TO THE SAME - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587-0700 fax 206 587 2308 f

4913-0736-5726, v. 4

Case 25-12288-TWD    Doc 23    Filed 08/19/25    Ent. 08/19/25 15:19:00    Pg. 3 of 3