Hon. Timothy W. Dore
Chapter 11
Location: Courtroom 8106
Hearing Date: September 12, 2025
Hearing Time: 9:30 a.m.
Response Date: September 5, 2025

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

CAR TOYS, INC.,

        Debtor.

NO. 25-12288-TWD

**DECLARATION OF BRUCE LEAVERTON IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY CAIRNCROSS & HEMPELMANN AS BANKRUPTCY COUNSEL**

I, Bruce Leaverton, declare and state as follows:

1. I am an attorney at Cairncross & Hempelmann ("**Cairncross**"), proposed bankruptcy counsel for Car Toys, Inc. (the "**Debtor**," the "**Company**," or "**Car Toys**"). I am over the age of eighteen, I have personal knowledge of the facts set forth herein, and I am competent to testify to the same.

2. I am a member of the Cairncross Bankruptcy and Creditors' Rights practice team. I have represented clients in a broad array of insolvency, banking, corporate finance, loan enforcement, and other debt restructuring and distressed finance matters. I regularly represent parties in receiverships and bankruptcies, and in Article 9 sales, loan enforcement actions, inter-creditor

DECLARATION OF BRUCE LEAVERTON - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

Case 25-12288-TWD    Doc 71    Filed 08/22/25    Ent. 08/22/25 16:50:44    Pg. 1 of 4

disputes, and other insolvency matters. I have been practicing law in the State of Washington for nearly forty years.

3. Cairncross has been asked to represent the Debtor in this case. Cairncross has the expertise necessary to perform legal services for and on behalf of the Debtor. Cairncross and counsel have performed legal services for other debtors in bankruptcy proceedings filed in the Western District of Washington and are familiar with Court proceedings. Cairncross has performed and continues to perform services under Chapter 7, Chapter 13, and Chapter 11 for individuals, sole-proprietors, partnerships, and corporations doing business in Washington.

4. Attached hereto as **Exhibit A** is a true and correct copy of the engagement agreement between Cairncross & Hempelmann and Car Toys, Inc. (the "**Debtor**").

5. In the Chapter 7 case of Wireless Advocates, LLC ("**Wireless Advocates**"), an affiliate of the Debtor, under Case No. 23-10117-TWD, Cairncross represents T-Mobile, USA, Inc. ("**T-Mobile**"), a creditor of Wireless Advocates. Cairncross' representation of T-Mobile as a creditor in the Wireless Advocates Chapter 7 case does not present a conflict to Cairncross' representation of the Debtor in this Chapter 11 proceeding.

6. Prior to joining Cairncross & Hempelmann, I was a Shareholder in Karr Tuttle Campbell law firm ("KTC"). Prior to the Chapter 7 case of Wireless Advocates, KTC represented Wireless Advocates, Daniel Brettler and Brettler Real Estate, Inc. on various matters. Although Michael Feinberg and I represented Wireless Advocates on insolvency related matters prior to its Chapter 7 case, neither he nor I nor any other former KTC lawyers now at Cairncross represented Mr. Brettler or Brettler Real Estate, Inc. KTC's prior representation of Wireless Advocates, Daniel Brettler and Brettler Real Estate, Inc. does not present a conflict of interest to Cairncross' representation of the Debtor in this Chapter 11 case. In this regard, Car Toys has previously retained Brandi B. Balanda of Fennemore Craig, P.C. and Daniel Thieme of Littler Mendelson, P.C. to represent Car Toys with regard to existing or any future matters concerning the intercompany claims between Car Toys and Wireless Advocates. Car Toys has filed employment

DECLARATION OF BRUCE LEAVERTON - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

Case 25-12288-TWD    Doc 71    Filed 08/22/25    Ent. 08/22/25 16:50:44    Pg. 2 of 4

applications for Ms. Balanda and Mr. Thieme to be retained in this case as special counsel on those matters. Mr. Brettler has retained Wenokur Riordan as his personal counsel in this Chapter 11 case as well as the Wireless Advocates case.

7. Neither I, the law firm of Cairncross & Hempelmann, nor any member or associate thereof, insofar as I have been able to ascertain, are creditors of the estate of the Debtor, or have any connection with the Debtor herein, its creditors, or any other party-in-interest, or their respective attorneys and accountants, except as described herein.

8. Neither I, the law firm of Cairncross & Hempelmann, nor any member or associate thereof, insofar as I have been able to ascertain, represent any interest adverse to that of the estate or the Debtor in the matters upon with Cairncross & Hempelmann is to be engaged.

9. Pre-petition, the Debtor retained Cairncross & Hempelmann for legal services relating to financial issues and bankruptcy preparation, to that end, the Debtor provided Cairncross & Hempelmann with retainer amounts totaling $276,000, which funds were held in trust. Cairncross & Hempelmann has invoiced the Debtor a total of $420,096.34 in pre-petition attorney fees and costs. These invoices were satisfied in full pre-petition; $220,583.54 of these invoices was satisfied from the trust. There now remains $76,487.20 funds held in trust. All payments were timely and made according to invoice terms.

10. Based on the foregoing, I believe that the firm of Cairncross & Hempelmann is not a creditor of this estate and, except as disclosed herein, is a "disinterested person" within the meaning of §§ 101(14) and 327 of the Bankruptcy Code.

11. I have advised the Debtor of the firm's willingness to serve as its counsel under a general retainer based on time and standard billable charges. Currently, my hourly rate is $750. The hourly billing rate for professionals and other support personnel in this firm who may perform services for the Debtor range from $200 to $750. These rates may be adjusted on an annual basis to reflect market conditions.

12. I have read Local Bankruptcy Rule 2016-1.

DECLARATION OF BRUCE LEAVERTON - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

Case 25-12288-TWD    Doc 71    Filed 08/22/25    Ent. 08/22/25 16:50:44    Pg. 3 of 4

1  I declare under penalty of perjury under the laws of the state of Washington that the
2  foregoing declaration is true and correct.
3  EXECUTED this 22nd day of August 2025 at Seattle, Washington.

        */s/Bruce Leaverton*
        Bruce Leaverton

DECLARATION OF BRUCE LEAVERTON - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700  fax 206 587 2308

Case 25-12288-TWD    Doc 71    Filed 08/22/25    Ent. 08/22/25 16:50:44    Pg. 4 of 4