Hon. Timothy W. Dore
Chapter 11
Location: Courtroom 8106
Hearing Date: September 12, 2025
Hearing Time: 9:30 a.m.
Response Date: September 5, 2025

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

CAR TOYS, INC.,

        Debtor.

NO. 25-12288-TWD

**SUPPLEMENTAL DECLARATION OF BRUCE LEAVERTON IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY CAIRNCROSS & HEMPELMANN AS BANKRUPTCY COUNSEL**

I, Bruce Leaverton, declare and state as follows:

1. I am an attorney at Cairncross & Hempelmann ("**Cairncross**"), proposed bankruptcy counsel for Car Toys, Inc. (the "**Debtor**," the "**Company**," or "**Car Toys**"). I am over the age of eighteen, I have personal knowledge of the facts set forth herein, and I am competent to testify to the same.

2. I supplement and correct my declaration submitted in support of Cairncross & Hempelmann's application for employment as debtor's counsel in this case. Dkt. No. 71.

3. On or about May 24, 2023, Michael Feinberg and I were lawyers at Karr Tuttle Campbell law firm. At that time, Wireless Advocates, LLC was the debtor in Case No. 23-10117, a Chapter

SUPPLEMENTAL DECLARATION OF BRUCE LEAVERTON - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206-587-0700 fax 206-587-2308

Case 25-12288-TWD    Doc 87    Filed 08/27/25    Ent. 08/27/25 12:18:11    Pg. 1 of 2

7 case still pending before this court.  On that date, we filed an adversary proceeding on behalf of Daniel Brettler against Virgina Burdette, the Chapter 7 trustee for Wireless Advocates, in order to enforce Mr. Brettler secured claim against the Wireless Advocates bankrupcty estate.  See Brettler v. Burdette, Adv. Pro. No. 23-01037-TWD (the "**Brettler Adversary Proceeding**").

4.  As trustee for Wireless Advocates (the "**WA Trustee**"), Virginia Burdette objected to our firm representing Mr. Brettler as a secured creditor in the Wireless Advocates bankruptcy case because of our pre-bankruptcy representation of the company, claiming such representation would violate the estate's rights under RPC 1.9 relating to an attorney's duties to former clients in a substantially related matter.  Although we disagreed with her analysis and contention that our proposed representation of Mr. Brettler violated RPC 1.9, we agreed to withdraw from this representation.  Alan Wenokur and his firm had represented Mr. Brettler with regard to his secured loans to Wireless Advocates and they agreed to represent Mr. Brettler in the Brettler Adversary Proceeding.  Attached as **Exhibit A** is a copy of our July 5, 2023 notice of withdrawal and substitution of Wenokur Riordan law firm as Mr. Brettler's counsel.

5.  Thereafter, the WA Trustee and Mr. Brettler settled the claims and counterclaims alleged in the Brettler Adversary Proceeding.  Attached as **Exhibit B** is a true and correct copy of the docket in the Brettler Adversary Proceeding, reflecting the Court's dismissal of the case on September 11, 2024.

6.  Other than Mr. Feinberg's and my brief representation of Mr. Brettler in the Brettler Adversary Proceeding, neither he nor I have represented Mr. Brettler personally in any other matters.  He is personally represented in this Chapter 11 case by the Wenokur Riordan law firm.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing declaration is true and correct.

EXECUTED this 27th day of August 2025 at Seattle, Washington.

*s/Bruce Leaverton*
Bruce Leaverton

SUPPLEMENTAL DECLARATION OF BRUCE LEAVERTON - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

Case 25-12288-TWD    Doc 87    Filed 08/27/25    Ent. 08/27/25 12:18:11    Pg. 2 of 2