# Exhibit D

| Employee | Total Claim |
|---|---:|
| Employee #1 | $1,131.43 |
| Employee #2 | $2,250.00 |
| Employee #3 | $771.43 |
| Employee #4 | $2,314.29 |
| Employee #5 | $856.80 |
| Employee #6 | $1,257.43 |
| Employee #7 | $1,028.57 |
| Employee #8 | $1,631.83 |
| Employee #9 | $385.71 |
| Employee #10 | $1,182.86 |
| Employee #11 | $771.43 |
| Employee #12 | $771.43 |
| Employee #13 | $1,285.20 |
| Employee #14 | $771.43 |
| Employee #15 | $1,645.71 |
| Employee #16 | $1,257.43 |
| Employee #17 | $1,927.78 |
| Employee #18 | $771.43 |
| Employee #19 | $1,631.83 |
| Employee #20 | $1,028.57 |
| Employee #22 | $1,112.40 |
| Employee #23 | $838.29 |
| Employee #24 | $2,348.90 |
| Employee #25 | $1,589.66 |
| Employee #26 | $1,285.20 |
| Employee #27 | $1,440.00 |
| Employee #28 | $1,182.86 |
| Employee #29 | $771.43 |
| Employee #30 | $1,142.49 |
| Employee #31 | $771.43 |
| Employee #32 | $1,551.78 |
| Employee #33 | $1,530.00 |
| Employee #34 | $1,285.20 |
| Employee #35 | $856.80 |
| Employee #36 | $1,257.43 |
| Employee #37 | $1,131.43 |
| Employee #38 | $771.43 |
| Employee #39 | $1,028.57 |
| Employee #40 | $1,285.71 |
| Employee #41 | $1,928.57 |
| Employee #42 | $1,388.57 |
| Employee #43 | $925.71 |
| Employee #44 | $1,064.06 |

| | |
|---|---:|
| Employee #45 | $1,028.57 |
| Employee #46 | $1,285.20 |
| Employee #47 | $1,142.74 |
| Employee #48 | $1,601.49 |
| Employee #49 | $1,257.43 |
| Employee #50 | $1,043.49 |
| Employee #51 | $1,112.40 |
| Employee #52 | $1,285.20 |
| Employee #53 | $1,627.71 |
| Employee #54 | $1,285.20 |
| Employee #55 | $1,256.40 |
| Employee #56 | $771.43 |
| Employee #57 | $1,285.20 |
| Employee #58 | $1,551.78 |
| Employee #59 | $1,927.78 |
| Employee #60 | $1,530.00 |
| Employee #61 | $3,597.19 |
| Employee #62 | $5,192.31 |
| Employee #63 | $771.43 |
| Employee #64 | $1,112.64 |
| Employee #65 | $1,142.74 |
| Employee #66 | $1,142.74 |
| Employee #67 | $2,250.00 |
| Employee #68 | $1,792.58 |
| Employee #69 | $1,142.74 |
| Employee #70 | $1,028.57 |
| Employee #71 | $771.43 |
| Employee #72 | $1,257.43 |
| Employee #73 | $565.71 |
| Employee #74 | $1,928.06 |
| Employee #75 | $1,285.20 |
| Employee #76 | $1,280.06 |
| Employee #77 | $1,528.02 |
| Employee #78 | $1,257.43 |
| Employee #79 | $771.43 |
| Employee #80 | $1,285.20 |
| Employee #81 | $1,182.86 |
| Employee #82 | $1,131.43 |
| Employee #83 | $1,495.88 |
| Employee #84 | $1,927.80 |
| Employee #85 | $1,257.43 |
| Employee #86 | $1,285.20 |
| Employee #87 | $1,285.71 |
| Employee #88 | $856.80 |

| Employee | Amount |
|---|---|
| Employee #89 | $771.43 |
| Employee #90 | $1,256.40 |
| Employee #91 | $1,928.06 |
| Employee #92 | $771.43 |
| Employee #93 | $856.80 |
| Employee #94 | $1,301.66 |
| Employee #95 | $1,285.20 |
| Employee #96 | $1,285.71 |
| Employee #97 | $1,257.43 |
| Employee #98 | $838.29 |
| Employee #99 | $2,447.80 |
| Employee #100 | $1,257.43 |
| Employee #101 | $1,627.71 |
| Employee #102 | $1,611.77 |
| Employee #103 | $3,090.69 |
| Employee #104 | $1,131.43 |
| Employee #105 | $1,529.88 |
| Employee #106 | $1,359.89 |
| Employee #107 | $1,854.40 |
| Employee #108 | $1,131.43 |
| Employee #109 | $1,257.43 |
| Employee #110 | $1,043.49 |
| Employee #111 | $1,530.00 |
| Employee #112 | $2,200.55 |
| Employee #113 | $771.43 |
| Employee #114 | $1,927.80 |
| Employee #115 | $838.29 |
| Employee #116 | $967.37 |
| Employee #117 | $1,112.40 |
| Employee #118 | $1,940.07 |
| Employee #119 | $1,285.71 |
| Employee #120 | $1,142.74 |
| Employee #121 | $1,285.20 |
| Employee #122 | $771.43 |
| Employee #123 | $2,101.03 |
| Employee #124 | $1,131.43 |
| Employee #125 | $1,028.57 |
| Employee #126 | $1,530.00 |
| Employee #127 | $2,027.47 |
| Employee #128 | $1,307.83 |
| Employee #129 | $1,285.20 |
| Employee #130 | $967.37 |
| Employee #131 | $1,131.43 |
| Employee #132 | $838.29 |

| | |
|---|---:|
| Employee #133 | $1,390.69 |
| Employee #134 | $1,631.87 |
| Employee #135 | $1,495.88 |
| Employee #136 | $6,181.32 |
| Employee #137 | $3,152.47 |
| Employee #138 | $4,110.02 |
| Employee #139 | $1,131.43 |
| Employee #140 | $1,192.11 |
| Employee #141 | $771.43 |
| Employee #142 | $771.43 |
| Employee #143 | $1,085.14 |
| Employee #144 | $1,529.88 |
| Employee #145 | $1,043.49 |
| Employee #146 | $1,182.86 |
| Employee #147 | $1,285.71 |
| Employee #148 | $771.43 |
| Employee #149 | $771.43 |
| Employee #150 | $1,285.71 |
| Employee #151 | $771.43 |
| Employee #152 | $1,927.80 |
| Employee #153 | $1,551.78 |
| Employee #154 | $1,699.86 |
| Employee #155 | $837.26 |
| Employee #156 | $4,326.92 |
| Employee #157 | $1,451.31 |
| Employee #158 | $1,112.40 |
| Employee #159 | $1,767.86 |
| Employee #160 | $1,720.29 |
| Employee #161 | $838.29 |
| Employee #162 | $1,142.74 |
| Employee #163 | $1,285.20 |
| Employee #164 | $1,440.00 |
| Employee #165 | $838.29 |
| Employee #166 | $1,285.20 |
| Employee #167 | $2,156.79 |
| Employee #168 | $1,337.14 |
| Employee #169 | $1,142.74 |
| Employee #170 | $1,582.42 |
| Employee #171 | $1,285.20 |
| Employee #172 | $1,285.20 |
| Employee #173 | $2,900.27 |
| Employee #174 | $1,142.74 |
| Employee #175 | $1,059.43 |
| Employee #176 | $771.43 |

| Employee | Amount |
|---|---:|
| Employee #177 | $771.43 |
| Employee #178 | $925.71 |
| Employee #179 | $1,142.74 |
| Employee #180 | $771.43 |
| Employee #181 | $1,028.57 |
| Employee #182 | $1,627.71 |
| Employee #183 | $1,285.71 |
| Employee #184 | $967.37 |
| Employee #185 | $2,225.27 |
| Employee #186 | $1,285.71 |
| Employee #187 | $1,530.00 |
| Employee #188 | $771.43 |
| Employee #189 | $1,257.43 |
| Employee #190 | $2,348.90 |
| Employee #191 | $1,285.71 |
| Employee #192 | $1,978.02 |
| Employee #193 | $771.43 |
| Employee #194 | $1,542.86 |
| Employee #195 | $3,001.93 |
| Employee #196 | $1,542.86 |
| Employee #197 | $1,049.14 |
| Employee #198 | $1,257.43 |
| Employee #199 | $1,495.88 |
| Employee #200 | $1,285.20 |
| Employee #201 | $1,142.74 |
| Employee #202 | $1,257.43 |
| Employee #203 | $1,285.20 |
| Employee #204 | $2,843.41 |
| Employee #205 | $771.43 |
| Employee #206 | $1,285.20 |
| Employee #207 | $1,131.43 |
| Employee #208 | $1,257.43 |
| Employee #209 | $1,131.43 |
| Employee #210 | $1,285.71 |
| Employee #211 | $2,596.15 |
| Employee #212 | $856.80 |
| Employee #213 | $1,285.20 |
| Employee #214 | $1,285.71 |
| Employee #215 | $874.29 |
| Employee #216 | $2,111.24 |
| Employee #217 | $1,285.71 |
| Employee #218 | $1,285.71 |
| Employee #219 | $1,285.71 |
| Employee #220 | $1,927.78 |

| Employee | Amount |
|---|---|
| Employee #221 | $1,257.43 |
| Employee #222 | $1,285.20 |
| Employee #223 | $1,549.56 |
| Employee #224 | $1,285.20 |
| Employee #225 | $1,112.40 |
| Employee #226 | $771.43 |
| Employee #227 | $1,285.20 |
| Employee #228 | $1,594.29 |
| Employee #229 | $1,280.06 |
| Employee #230 | $1,028.57 |
| Employee #231 | $856.80 |
| Employee #232 | $1,085.14 |
| Employee #233 | $2,027.47 |
| Employee #234 | $1,112.40 |
| Employee #235 | $2,447.80 |
| Employee #236 | $1,285.20 |
| Employee #237 | $1,028.57 |
| Employee #238 | $1,342.29 |
| Employee #239 | $2,165.40 |
| Employee #240 | $1,601.49 |
| Employee #241 | $1,285.20 |
| Employee #242 | $771.43 |
| Employee #243 | $1,928.06 |
| Employee #244 | $1,257.43 |
| Employee #245 | $1,028.57 |
| Employee #246 | $1,285.20 |
| Employee #247 | $1,028.57 |
| Employee #248 | $856.80 |
| Employee #249 | $1,285.71 |
| Employee #250 | $3,461.54 |
| Employee #251 | $1,257.43 |
| Employee #252 | $1,440.00 |
| Employee #253 | $2,225.27 |
| Employee #254 | $1,396.61 |
| Employee #255 | $1,254.86 |
| Employee #256 | $1,927.80 |
| Employee #257 | $2,132.55 |
| Employee #258 | $771.43 |
| Employee #259 | $1,285.20 |
| Employee #260 | $1,285.20 |
| Employee #261 | $2,132.55 |
| Employee #262 | $1,483.52 |
| Employee #263 | $7,417.58 |
| Employee #264 | $771.43 |

| | |
|---|---:|
| Employee #265 | $2,005.71 |
| Employee #266 | $1,112.40 |
| Employee #267 | $771.43 |
| Employee #268 | $856.80 |
| Employee #269 | $2,126.37 |
| Employee #270 | $1,285.71 |
| Employee #271 | $1,257.43 |
| Employee #272 | $1,440.00 |
| Employee #273 | $1,465.71 |
| Employee #274 | $1,530.00 |
| Employee #275 | $771.43 |
| Employee #276 | $1,699.86 |
| Employee #277 | $1,928.06 |
| Employee #278 | $1,927.80 |
| Employee #279 | $1,414.29 |
| Employee #280 | $1,285.20 |
| Employee #281 | $771.43 |
| Employee #282 | $1,529.88 |
| Employee #283 | $1,529.88 |
| Employee #284 | $1,028.57 |
| Employee #285 | $771.43 |
| Employee #286 | $1,142.74 |
| Employee #287 | $838.29 |
| Employee #288 | $1,028.57 |
| Employee #289 | $1,927.80 |
| Employee #290 | $856.80 |
| Employee #291 | $1,638.15 |
| Employee #292 | $838.29 |
| Employee #293 | $521.74 |
| Employee #294 | $771.43 |
| Employee #295 | $385.71 |
| Employee #296 | $1,142.74 |
| Employee #297 | $967.37 |
| Employee #298 | $1,131.43 |
| Employee #298 | $1,927.80 |
| Employee #299 | $1,257.43 |
| Employee #300 | $1,257.43 |
| Employee #301 | $1,142.74 |
| Employee #302 | $771.43 |
| Employee #303 | $1,854.40 |
| Insider Employee #1 | $11,126.37 |
| Employee #304 | $1,028.57 |
| Employee #305 | $1,337.14 |
| Employee #306 | $2,253.07 |

| Employee | Amount |
|---|---|
| Employee #307 | $1,028.57 |
| Employee #308 | $1,285.20 |
| Employee #309 | $771.43 |
| Employee #310 | $1,028.57 |
| Employee #311 | $1,451.31 |
| Employee #312 | $1,142.74 |
| Employee #313 | $1,388.06 |
| Employee #314 | $1,530.00 |
| Employee #315 | $1,601.49 |
| Employee #316 | $1,530.00 |
| Employee #317 | $1,285.71 |
| Employee #318 | $1,142.74 |
| Employee #319 | $838.29 |
| Employee #320 | $1,668.86 |
| Employee #321 | $1,112.40 |
| Employee #322 | $2,348.90 |
| Employee #323 | $856.80 |
| Employee #324 | $967.37 |
| Employee #325 | $1,028.57 |
| Employee #326 | $1,285.20 |
| Employee #327 | $1,927.80 |
| Employee #328 | $1,800.00 |
| Employee #329 | $1,142.74 |
| Employee #330 | $1,285.20 |
| Employee #331 | $1,142.49 |
| Employee #332 | $1,131.43 |
| Employee #333 | $1,483.52 |
| Employee #334 | $771.43 |
| Employee #335 | $1,257.43 |
| Employee #336 | $1,182.86 |
| Employee #337 | $771.43 |
| Employee #338 | $1,028.57 |
| Employee #339 | $1,954.80 |
| Employee #340 | $1,285.20 |
| Employee #341 | $1,275.94 |
| Employee #342 | $925.71 |
| Employee #343 | $1,285.20 |
| Employee #344 | $771.43 |
| Employee #345 | $1,644.62 |
| Employee #346 | $3,708.79 |
| Employee #347 | $1,365.94 |
| Employee #348 | $1,285.20 |
| Employee #349 | $1,285.71 |
| Employee #350 | $771.43 |

| Employee | Amount |
|---|---|
| Employee #351 | $1,800.00 |
| Employee #352 | $838.29 |
| Employee #353 | $1,285.71 |
| Employee #354 | $1,496.06 |
| Employee #355 | $3,461.54 |
| Employee #356 | $1,257.43 |
| Employee #357 | $771.43 |
| Employee #358 | $1,285.20 |
| Employee #359 | $1,285.20 |
| Employee #360 | $1,256.40 |
| Employee #361 | $802.29 |
| Employee #362 | $1,396.61 |
| Employee #363 | $856.80 |
| Employee #364 | $1,927.80 |
| Employee #365 | $1,285.20 |
| Employee #366 | $1,142.49 |
| Employee #367 | $1,142.74 |
| Employee #368 | $771.43 |
| Employee #369 | $771.43 |
| Employee #370 | $1,529.88 |
| Employee #371 | $1,257.43 |
| Employee #372 | $1,142.74 |
| Employee #373 | $771.43 |
| Employee #374 | $1,285.20 |
| Employee #375 | $1,551.78 |
| Employee #376 | $1,285.20 |
| Employee #377 | $1,142.49 |
| Employee #378 | $967.37 |
| Employee #379 | $1,142.74 |
| Employee #380 | $2,225.27 |
| Employee #381 | $925.71 |
| Employee #382 | $1,131.43 |
| Employee #383 | $1,359.89 |
| Employee #384 | $1,257.43 |
| Employee #385 | $2,060.51 |
| Employee #386 | $339.43 |
| Employee #387 | $771.43 |
| Employee #388 | $1,854.40 |
| Employee #389 | $1,601.49 |
| Employee #390 | $967.37 |
| Employee #391 | $925.71 |
| Employee #392 | $1,495.88 |
| Employee #393 | $1,289.17 |
| Employee #394 | $1,305.26 |

| Employee | Amount |
|---|---|
| Employee #395 | $1,233.77 |
| Employee #396 | $1,927.80 |
| Employee #397 | $1,285.20 |
| Employee #398 | $856.80 |
| Employee #399 | $1,285.20 |
| Employee #400 | $1,142.74 |
| Employee #401 | $1,927.80 |
| Employee #402 | $771.43 |
| Employee #403 | $1,800.00 |
| Employee #404 | $1,483.52 |
| Employee #405 | $2,225.27 |
| Employee #406 | $1,927.80 |
| Employee #407 | $1,285.20 |
| Employee #408 | $2,596.15 |
| Employee #409 | $1,257.43 |
| Employee #410 | $1,285.20 |
| Employee #411 | $3,098.57 |
| Employee #412 | $1,359.89 |
| Employee #413 | $771.43 |
| Employee #414 | $1,257.43 |
| Employee #415 | $1,767.86 |
| Employee #416 | $1,142.49 |
| Employee #417 | $1,257.43 |
| Employee #418 | $1,285.20 |
| Employee #419 | $1,142.74 |
| Employee #420 | $1,551.78 |
| Employee #421 | $1,028.57 |
| Employee #422 | $771.43 |
| Employee #423 | $1,285.20 |
| Employee #424 | $1,927.80 |
| Employee #425 | $1,359.89 |
| Employee #426 | $1,285.20 |
| Employee #427 | $856.80 |
| Employee #428 | $771.43 |
| Employee #429 | $1,675.41 |
| Employee #430 | $771.43 |
| Employee #431 | $1,142.74 |
| Employee #432 | $1,530.00 |
| Employee #433 | $771.43 |
| Employee #434 | $1,131.43 |
| Employee #435 | $1,285.20 |
| Employee #435 | $2,571.89 |
| Employee #436 | $1,359.89 |
| Employee #437 | $452.57 |

| Employee | Amount |
|---|---:|
| Employee #438 | $1,285.71 |
| Employee #439 | $1,256.40 |
| Employee #440 | $771.43 |
| Employee #441 | $1,257.43 |
| Employee #442 | $1,028.57 |
| Employee #443 | $1,483.52 |
| Employee #444 | $1,256.40 |
| Insider Employee #2 | $12,362.64 |
| Employee #445 | $1,631.87 |
| Employee #446 | $1,142.74 |
| Employee #447 | $771.43 |
| Employee #448 | $1,563.94 |
| Employee #459 | $1,080.00 |
| Employee #450 | $1,627.71 |
| Employee #451 | $1,028.57 |
| Employee #452 | $1,028.57 |
| Employee #453 | $1,067.66 |
| Employee #454 | $1,451.31 |
| Employee #455 | $1,285.71 |
| Employee #456 | $385.71 |
| Employee #457 | $1,131.43 |
| Employee #458 | $1,142.74 |
| Employee #459 | $1,780.22 |
| Employee #460 | $1,117.03 |
| Employee #461 | $771.43 |
| Employee #462 | $1,285.20 |
| Employee #463 | $1,257.43 |
| Employee #464 | $771.43 |
| Employee #465 | $838.29 |
| Employee #466 | $1,977.50 |
| Employee #467 | $1,359.89 |
| Employee #468 | $1,451.06 |
| Employee #469 | $1,285.71 |
| Employee #470 | $925.71 |
| Employee #471 | $3,056.04 |
| Employee #472 | $1,257.43 |
| Employee #473 | $1,349.49 |
| Employee #474 | $856.80 |
| Employee #475 | $1,131.43 |
| Employee #476 | $1,285.20 |
| Employee #477 | $1,440.00 |
| Employee #478 | $1,305.77 |
| Employee #479 | $1,142.74 |
| Employee #480 | $1,607.14 |

| Employee | Amount |
|---|---:|
| Employee #481 | $1,182.86 |
| Employee #482 | $771.43 |
| Employee #483 | $771.43 |
| Employee #484 | $838.29 |
| Employee #485 | $1,285.20 |
| Employee #486 | $771.43 |
| Employee #487 | $771.43 |
| Employee #488 | $2,417.14 |
| Employee #488 | $1,384.46 |
| Employee #490 | $771.43 |
| Employee #491 | $1,496.06 |
| Employee #492 | $771.43 |
| Employee #493 | $771.43 |
| Employee #494 | $1,836.00 |
| Employee #495 | $1,285.71 |