Honorable Timothy W. Dore
Chapter 11
Hearing Date: Sept. 9, 2025
Hearing Time: 10:00 a.m.
Location: Seattle Courthouse
Response Date: Sept. 4, 2025 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Car Toys, Inc,<br><br>          Debtor. | Case No. 25-12288-TWD<br><br>UNITED STATES TRUSTEE'S LIMITED OBJECTION TO FINAL STIPULATED MOTION TO: (1) AUTHORIZE USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION, (2) APPROVE POST-PETITION LOAN FACILITY |

The Acting United States Trustee (the "**U.S. Trustee**"),[1] by and through his undersigned counsel, hereby files this limited objection to the entry of a final order on the *Stipulated Motion to (1) Authorize Use of Cash Collateral and Grant Adequate Protection, (2) Approve Post-Petition Loan Facility* (the "**DIP Financing Motion**") and respectfully requests the Court only grant interim relief at the September 9th hearing. The U.S. Trustee only recently appointed an Unsecured Creditor's Committee and, while they are diligently working to come up to speed in the case, twenty-four hours is insufficient time to fully investigate the proposed transaction. Additional time is also warranted given the U.S. Trustee's recent determination that Debtor's

---

[1] Acting United States Trustee for Region 18 Jonas V. Anderson is recused from participation in this matter. The matter is proceeding under the direction of Gregory M. Garvin, Acting United States Trustee for Region 19.

UNITED STATES TRUSTEE'S
CASH COLLATERAL AND DIP
FINANCING OBJECTION - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000

Case 25-12288-TWD    Doc 115    Filed 09/04/25    Ent. 09/04/25 14:58:07    Pg. 1 of 2

Counsel may have been the parties to draft the initial documents underlying Mr. Brettler's secured claim warranting heightened scrutiny. *See United States Trustee's Objection to Application for Order Authorizing Employment of Cairncross & Hempelmann as Bankruptcy Counsel,* ECF No. 105.

WHEREFORE, for the reasons set forth herein, the U.S. Trustee respectfully requests the Court grant only interim relief at the September 9, 2025 hearing.

DATED this 4th day of September, 2025.

Respectfully Submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 19

/s/ *Kathryn Evans*
Kathryn Evans, Cal Bar No. 240149
Attorney for the United States Trustee

UNITED STATES TRUSTEE'S
CASH COLLATERAL AND DIP
FINANCING OBJECTION - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000

Case 25-12288-TWD    Doc 115    Filed 09/04/25    Ent. 09/04/25 14:58:07    Pg. 2 of 2