**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

CAR TOYS, INC.,

                Debtor.

CASE NO. 25-12288-TWD

**ORDER CONFIRMING DEBTOR'S SECOND AMENDED PLAN OF LIQUIDATION**

The plan under chapter 11 of the Bankruptcy Code filed by Car Toys, Inc. on January 16, 2026 [Docket No. 491] as amended in the Second Amended Plan of Reorganization filed on February 5, 2026 [Docket No. 528] ("Plan")[1] having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §§ 1129(a) and (b) have been satisfied;

**IT IS ORDERED** that:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

ORDER CONFIRMING DEBTOR'S
SECOND AMENDED PLAN OF LIQUIDATION - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 · fax 206 587 2308

The ~~P~~lan ~~filed by Car Toys, Inc., on 2/5/2026,~~ is confirmed with the following modifications:

Article I: **Brettler Joint Plan Recovery Amount**: definition is amended to read:

After the full satisfaction of the DIP loan and allowed Chapter 11 Administrative Expense Claims, 80% of Seller Note Proceeds, and 100% from any excess funds as defined in the PSAs shall be allocated to satisfy the agreed Brettler claim recovery.

Article II Paragraph 2.9 is amended to read:

Priority Claims shall be paid pursuant to 11 U.S.C. §1129(a)(9). To the extent Priority Claims remain unpaid at confirmation, they will be paid from 20% of the Seller Note Proceeds after the Administrative Expenses are paid. Specifically:

1. Notwithstanding anything to the contrary in the Plan or this Order, any outstanding claims of ~~the Texas taxing authorities,~~ Clear Creak ISD and the City of Houston (collectively, "Texas Taxing Authorities") for 2025 ad valorem taxes (the "Tax Claims") shall be paid in full with applicable interest within 10-days of the Effective Date. The liens of the Texas Taxing Authorities shall remain attached to the applicable assets until the Tax Claims have been paid in full. In the event that the Tax Claims are not paid in full as provided herein, the Texas Taxing Authorities shall be allowed to proceed with their state law remedies without further order of this Court.

2. Nothing provided ~~here or~~ in the Plan or this Order shall affect or impair any statutory or common law setoff rights of the Texas Comptroller or the Washington State Department of Revenue (the "Taxing Agencies") in accordance with 11 U.S.C. § 553;

3. Nothing provided ~~here or~~ in the Plan or this Order shall affect or impair any rights of the Taxing Agencies to pursue any non-debtor third parties for tax debts or claims;

4. Nothing provided ~~here or~~ in the Plan or this Order shall be construed to preclude the payment of interest on the Taxing Agencies' administrative expense or priority tax claims;

5. To the extent that interest is payable with respect to any administrative expense

ORDER CONFIRMING DEBTOR'S
SECOND AMENDED PLAN OF LIQUIDATION - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

Case 25-12288-TWD   Doc 597   Filed 03/12/26   Ent. 03/12/26 14:25:44   Pg. 2 of 4
4934-0625-4997, v. 2

or priority tax claim of the Taxing Agencies, the interest rate for the Texas Comptroller shall be the statutory rate of interest of 7.75% and the interest rate for ~~the priority tax claim of~~ the Washington Department of Revenue shall be the statutory rate of interest of 6.0%; and

6. The Taxing Agencies are not required to file a motion or application for payment of administrative expense claims pursuant to 11 U.S.C. § 503(b)(1)(D).

7. The Priority Tax Claims owed to the Taxing Agencies shall be paid either (i) in Cash in an amount equal to the Allowed amount of such Claim within 30 days of the Effective Date, (ii) in full no later than sixty (60) months of the Debtor's bankruptcy petition, in equal monthly installments of principal and accrued interest, with the first installment due within 30 days of the Effective Date, or (iii) as agreed to by the Debtor and the Taxing Agencies in writing. For the avoidance of doubt, the Taxing Agencies will receive interest on their Priority Tax Claims after the Effective Date as required by sections 511 and 1129(a)(9)(C) of the Bankruptcy Code.

8. A failure by the Debtor and/or Plan Administrator to make a plan payment to the Taxing Agencies shall be an event of default. If the Debtor and/or Plan Administrator fails to cure an event of default as to the Taxing Agencies within ten (10) days after service of a written notice of default to the Plan Administrator, then the Taxing Agency may (a) enforce the entire amount of its claim; (b) exercise any and all rights and remedies available under applicable non-bankruptcy law; and (c) seek such relief as may be appropriate in this court. The Debtor and/or Plan Administrator can receive up to three (3) notices of default, however, the third default cannot be cured.

Article VIII Paragraph 8.7 is added to read:

The Official Unsecured Creditors Committee shall be relieved of its duties and disbanded upon the Effective Date.

/// END OF ORDER ////

ORDER CONFIRMING DEBTOR'S
SECOND AMENDED PLAN OF LIQUIDATION - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

4934-0625-4997, v. 2

Case 25-12288-TWD   Doc 597   Filed 03/12/26   Ent. 03/12/26 14:25:44   Pg. 3 of 4

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.


/s/ *Steven M. Palmer*
Steven M. Palmer, WSBA No. 48823
E-mail: spalmer@cairncross.com
Bruce W. Leaverton, WSBA No. 15329
Maria Y. Hodgins, WSBA No. 56924
Ryan R. Cole, WSBA No. 62066
Michael M. Feinberg, WSBA No. 11811
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-070
Facsimile: (206) 587-2308
*Attorneys for Debtor*

ORDER CONFIRMING DEBTOR'S
SECOND AMENDED PLAN OF LIQUIDATION - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

Case 25-12288-TWD    Doc 597    Filed 03/12/26    Ent. 03/12/26 14:25:44    Pg. 4 of 4
4934-0625-4997, v. 2