Form ntcconf (01/2014)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In
Re:

Car Toys, Inc.

Debtor(s).

Case Number: 25–12288–TWD
Chapter: 11

---

## NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **March 12, 2026**
by U.S. Bankruptcy Court Judge **Timothy W. Dore**.

Dated: March 12, 2026

Gina Zadra Walton
Clerk, U.S. Bankruptcy Court