Hon. Timothy W. Dore
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

CAR TOYS, INC.,

             Debtor.

CASE NO. 25-12288-TWD

**DECLARATION OF PHILIP KAESTLE IN SUPPORT OF AMENDED BUDGET**

I, Philip Kaestle, declare and state as follows:

1. I am the Chief Restructuring Officer (the "**CRO**") of Car Toys, Inc. ("**Car Toys**," the "**Debtor**," or the "**Company**") and a managing director of SierraConstellation Partners, LLC ("**SCP**"). I have personal knowledge of the facts set forth in this declaration, I am over the age of eighteen, and I am competent to testify.

2. This declaration (the "**Declaration**") is in support of the amended budget (the "**Amended Budget**").

3. My firm has prepared this Amended Budget, which is up to date as of March 25, 2026. A true and correct copy of this Amended Budget is attached as **Exhibit A**.

4. The Budget has changed since Car Toys last filed an amended budget with this Court. The changes are generally to update for recent actuals and to include all known administrative claims.

DECLARATION OF PHILIP KAESTLE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 · fax 206 587 2308

5. The $10,000.00 change in this most recent budget is related to data retention costs for keeping employee paystubs and W-2s.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing declaration is true and correct.

EXECUTED on ___April 2, 2026___ at ___Seattle, WA___.

*Philip Kaestle*

_____
Philip Kaestle

DECLARATION OF PHILIP KAESTLE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700 fax 206 587 2308

# Exhibit A

**Car Toys Monthly to Annual Liquidity Model**
April 1, 2026
Ch. 11

DRAFT

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 1 [b] | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Beginning** | 7/28/25 | 9/1/25 | 9/29/25 | 10/27/25 | 12/1/25 | 12/29/25 | 1/26/26 | 2/23/26 | 3/30/26 | 4/27/26 | 6/1/26 | 6/29/26 | 7/27/26 | 8/31/26 | 9/28/26 | 10/26/26 | 11/30/26 | 12/28/26 | 12/28/26 | 12/27/27 | 1/1/29 | 12/31/29 | 12/31/30 | 12/29/31 | |
| **Week Ending** | 8/31/25 | 9/28/25 | 10/26/25 | 11/30/25 | 12/28/25 | 1/25/26 | 2/22/26 | 3/29/26 | 4/26/26 | 5/31/26 | 6/28/26 | 7/26/26 | 8/30/26 | 9/27/26 | 10/25/26 | 11/29/26 | 12/27/26 | 1/31/27 | 12/26/27 | 12/31/28 | 12/30/29 | 12/31/30 | 12/30/31 | 12/26/32 | |
| **Month / Year Ending** | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | Total |
| | Act. | Act. | Act. | Act. | Act. | Act. | Act. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. |
| Store Collections | $6,922,783 | $4,481,851 | $990,198 | $87,998 | $241,688 | $33,792 | $22,569 | $16,685 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $12,797,565 |
| Other Receipts | | | | 6,639 | | | | | 100,000 | - | 318,636 | | | | | | | | | | | | | | 425,275 |
| **Total Operating Receipts** | **$6,922,783** | **$4,481,851** | **$990,198** | **$94,637** | **$241,688** | **$33,792** | **$22,569** | **$16,685** | **$100,000** | **$-** | **$318,636** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$13,222,839** |
| Sales Proceeds | - | - | 1,598,617 | - | - | - | - | (200,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1,398,617 |
| Inventory Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP / Pre-Petition Funding | 3,355,000 | 500,000 | - | - | - | 350,000 | - | - | 150,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,355,000 |
| Other Non-Recurring Receipts | - | - | - | - | - | - | - | - | 75,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 75,000 |
| **Total Non-Recurring Receipts** | **$3,355,000** | **$500,000** | **$1,598,617** | **$-** | **$-** | **$350,000** | **$-** | **($200,000)** | **$225,000** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **$5,828,617** |
| Seller Note - Principal Payments | - | - | 130,963 | 284,407 | 281,783 | 143,544 | 172,927 | 139,567 | 117,502 | 137,660 | 107,818 | 97,977 | 113,137 | 83,298 | 78,459 | 83,732 | 73,964 | 81,318 | 1,532,816 | 873,893 | 1,004,479 | 971,011 | 583,092 | 381,530 | 7,474,875 |
| Seller Note - Interest Payments | - | - | - | - | 14,362 | 30,230 | 14,464 | 11,633 | 33,682 | 32,819 | 32,140 | 31,393 | 30,830 | 30,334 | 29,753 | 42,419 | 41,980 | 41,479 | 404,821 | 401,037 | 270,451 | 145,567 | 57,095 | 8,878 | 1,705,365 |
| Seller Note - Excess Cash Flow Sweep | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 650,000 | 650,000 | 650,000 | 453,994 | 170,100 | - | 2,574,095 |
| **Total Seller's Note Proceeds** | **$-** | **$-** | **$130,963** | **$284,407** | **$296,145** | **$173,775** | **$187,391** | **$151,200** | **$151,183** | **$170,478** | **$139,958** | **$129,370** | **$143,967** | **$113,631** | **$108,211** | **$126,152** | **$115,944** | **$122,797** | **$2,587,637** | **$1,924,930** | **$1,924,930** | **$1,570,573** | **$810,287** | **$390,407** | **$11,754,335** |
| Inventory | ($1,227,187) | ($902,809) | ($2,421) | ($1,184) | - | (640) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | ($2,133,602) |
| Freight | (77,860) | (39,152) | (41,005) | (131) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (158,788) |
| Payroll | (4,787,229) | (2,846,562) | (2,407,643) | (358,795) | (152,371) | (163,199) | (39,567) | (48,978) | (130,000) | - | (318,636) | - | - | - | - | - | - | - | - | - | - | - | - | - | (11,252,981) |
| Rent | (774,682) | (624,463) | (161,157) | - | - | - | (14,814) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,575,116) |
| Utilities | (67,694) | (35,403) | (44,749) | (15,428) | (817) | (188) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (164,278) |
| Insurance | (47,281) | (137,063) | (661) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (185,005) |
| Taxes | (5,867) | (808) | (1,093) | - | (73,977) | - | (690,769) | (166) | (95,698) | (41,065) | - | (14,160) | (21,562) | (23,994) | (18,939) | (18,035) | (21,025) | (47,969) | - | - | - | - | - | - | (1,075,125) |
| Tech | (88,987) | (121,222) | (83,208) | (18,703) | (84,427) | (32,036) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (428,582) |
| Marketing & Advertising | (56,707) | (14,724) | (30,937) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (102,368) |
| Maintenance & Supplies | (3,608) | (45,914) | (16,993) | (3,908) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (70,424) |
| Other | (189,693) | (363,006) | (114,669) | (23,751) | (55,098) | (10,959) | (37,243) | (2,738) | (204,924) | - | (75,000) | - | - | - | - | - | - | - | (35,000) | - | - | - | - | - | (1,112,083) |
| **Operating Disbursements** | **($7,326,794)** | **($5,131,126)** | **($2,904,537)** | **($421,900)** | **($367,330)** | **($206,382)** | **($782,393)** | **($51,883)** | **($430,622)** | **($41,065)** | **($393,636)** | **($14,160)** | **($21,562)** | **($23,994)** | **($18,939)** | **($18,035)** | **($21,025)** | **($47,969)** | **($35,000)** | **$-** | **$-** | **$-** | **$-** | **$-** | **($18,258,353)** |
| **Operating Cash Flow** | **$2,950,989** | **($149,276)** | **($184,759)** | **($42,856)** | **$170,503** | **$351,185** | **($572,433)** | **($83,997)** | **$45,561** | **$129,413** | **$64,958** | **$115,210** | **$122,405** | **$89,637** | **$89,273** | **$108,116** | **$94,919** | **$74,829** | **$2,552,637** | **$1,924,930** | **$1,924,930** | **$1,570,573** | **$810,287** | **$390,407** | **$12,547,439** |
| Debt Interest, Principal, and Fees | ($18,915) | $- | $- | - | - | - | - | - | - | (123,194) | - | (42,479) | (64,685) | (71,983) | (56,816) | (54,106) | (63,076) | (100,048) | (423,613) | (1,662,150) | (1,454,949) | (1,270,534) | (685,883) | (345,591) | ($6,438,022) |
| Professional Fees | (539,021) | - | - | (56,187) | (154,140) | (255,520) | - | - | (228,298) | (41,065) | - | (14,160) | (21,562) | (23,994) | (18,939) | (18,035) | (21,025) | (40,362) | (780,583) | - | - | - | - | - | (2,212,892) |
| **Non-Operating Disbursements** | **($557,936)** | **$-** | **$-** | **($56,187)** | **($154,140)** | **($255,520)** | **$-** | **$-** | **($228,298)** | **($164,259)** | **$-** | **($56,638)** | **($86,247)** | **($95,978)** | **($75,754)** | **($72,141)** | **($84,101)** | **($140,410)** | **($1,204,196)** | **($1,662,150)** | **($1,454,949)** | **($1,270,534)** | **($685,883)** | **($345,591)** | **($8,650,914)** |
| RX Nonrecurring Disbursements | ($591,250) | ($75,000) | ($78,194) | $- | $- | $- | $- | $- | $- | ($41,065) | $- | ($14,160) | ($21,562) | ($23,994) | ($18,939) | ($18,035) | ($21,025) | ($40,362) | ($1,016,390) | ($604,832) | ($363,737) | ($317,634) | ($171,471) | ($86,398) | ($3,504,046) |
| **Non-Recurring Disbursements** | **($591,250)** | **($75,000)** | **($78,194)** | **$-** | **$-** | **$-** | **$-** | **$-** | **$-** | **($41,065)** | **$-** | **($14,160)** | **($21,562)** | **($23,994)** | **($18,939)** | **($18,035)** | **($21,025)** | **($40,362)** | **($1,016,390)** | **($604,832)** | **($363,737)** | **($317,634)** | **($171,471)** | **($86,398)** | **($3,504,046)** |
| **Total Disbursements** | **($8,475,980)** | **($5,206,126)** | **($2,982,731)** | **($478,088)** | **($521,470)** | **($461,902)** | **($782,393)** | **($51,883)** | **($658,921)** | **($246,389)** | **($393,636)** | **($84,958)** | **($129,370)** | **($143,967)** | **($113,631)** | **($108,211)** | **($126,152)** | **($228,741)** | **($2,255,586)** | **($2,266,981)** | **($1,818,686)** | **($1,588,168)** | **($857,354)** | **($431,989)** | **($30,413,313)** |
| **Net Cash Flow** | **$1,801,802** | **($224,276)** | **($262,953)** | **($99,044)** | **$16,363** | **$95,665** | **($572,433)** | **($83,997)** | **($182,737)** | **($75,911)** | **$64,958** | **$44,412** | **$14,597** | **($30,336)** | **($5,420)** | **$17,940** | **($10,208)** | **($105,944)** | **$332,051** | **($342,051)** | **$106,244** | **($17,595)** | **($47,068)** | **($41,582)** | **$392,479** |
| Opening Book Cash Balance | ($392,479) | $1,409,324 | $1,185,048 | $922,095 | $823,051 | $839,414 | $935,079 | $362,646 | $278,648 | $95,911 | $20,000 | $84,958 | $129,370 | $143,967 | $113,631 | $108,211 | $126,152 | $115,944 | $10,000 | $342,051 | $- | $106,244 | $88,650 | $41,582 | |
| Net Cash Flow | 1,801,802 | (224,276) | (262,953) | (99,044) | 16,363 | 95,665 | (572,433) | (83,997) | (182,737) | (75,911) | 64,958 | 44,412 | 14,597 | (30,336) | (5,420) | 17,940 | (10,208) | (105,944) | 332,051 | (342,051) | 106,244 | (17,595) | (47,068) | (41,582) | |
| **Closing Cash Balance (Book)** | **$1,409,324** | **$1,185,048** | **$922,095** | **$823,051** | **$839,414** | **$935,079** | **$362,646** | **$278,648** | **$95,911** | **$20,000** | **$84,958** | **$129,370** | **$143,967** | **$113,631** | **$108,211** | **$126,152** | **$115,944** | **$10,000** | **$342,051** | **$-** | **$106,244** | **$88,650** | **$41,582** | **$0** |
| Check Float | - | (135,106) | (98,990) | (34,293) | (98,815) | (68,600) | (68,459) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Closing Cash Balance (Bank)** | **$1,409,324** | **$1,320,154** | **$1,021,085** | **$857,345** | **$938,230** | **$1,003,679** | **$431,105** | **$278,648** | **$95,911** | **$20,000** | **$84,958** | **$129,370** | **$143,967** | **$113,631** | **$108,211** | **$126,152** | **$115,944** | **$10,000** | **$342,051** | **$-** | **$106,244** | **$88,650** | **$41,582** | **$0** |

**Waterfall**

**Admin Claims**

Professionals

| | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 1 | 2 | 3 | 4 | 5 | 6 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $- | $979,724 | $979,724 | $979,724 | $938,660 | $938,660 | $924,500 | $902,938 | $878,944 | $860,005 | $841,970 | $820,945 | $780,583 | $- | $- | $- | |
| Payments | $- | | | (41,065) | - | (14,160) | (21,562) | (23,994) | (18,939) | (18,035) | (21,025) | (40,362) | (780,583) | - | - | - | 979,724 |
| Ending Balance | $- | $979,724 | $979,724 | $938,660 | $938,660 | $924,500 | $902,938 | $878,944 | $860,005 | $841,970 | $820,945 | $780,583 | $- | $- | $- | $- | |

Sales Taxes

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $- | $206,748 | $206,748 | $206,748 | $165,683 | $165,683 | $151,524 | $129,962 | $105,968 | $87,029 | $68,994 | $47,969 | $- | $- | $- | $- | |
| Payments | $- | | | (41,065) | - | (14,160) | (21,562) | (23,994) | (18,939) | (18,035) | (21,025) | (47,969) | - | - | - | - | 206,748 |
| Ending Balance | $- | $206,748 | $206,748 | $165,683 | $165,683 | $151,524 | $129,962 | $105,968 | $87,029 | $68,994 | $47,969 | $- | $- | $- | $- | $- | |

503b9 Claims

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $- | $1,336,415 | $1,336,415 | $1,336,415 | $1,295,350 | $1,295,350 | $1,281,191 | $1,259,629 | $1,235,635 | $1,216,696 | $1,198,661 | $1,177,636 | $1,137,274 | $120,884 | $- | $- | |
| Payments | $- | | | (41,065) | - | (14,160) | (21,562) | (23,994) | (18,939) | (18,035) | (21,025) | (40,362) | (1,016,390) | (120,884) | - | - | 1,336,415 |
| Ending Balance | $- | $1,336,415 | $1,336,415 | $1,295,350 | $1,295,350 | $1,281,191 | $1,259,629 | $1,235,635 | $1,216,696 | $1,198,661 | $1,177,636 | $1,137,274 | $120,884 | $- | $- | $- | |

**DIP Loan**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $850,000 | $850,000 | $1,000,000 | $1,000,000 | $876,806 | $876,806 | $834,327 | $769,642 | $697,658 | $640,843 | $586,737 | $523,662 | $423,613 | $- | $- | $- | |
| Payments | | | | (123,194) | - | (42,479) | (64,685) | (71,983) | (56,816) | (54,106) | (63,076) | (100,048) | (423,613) | - | - | - | 1,000,000 |
| Ending Balance | $850,000 | $850,000 | $1,000,000 | $876,806 | $876,806 | $834,327 | $769,642 | $697,658 | $640,843 | $586,737 | $523,662 | $423,613 | $- | $- | $- | $- | |

Secured

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $18,921,123 | $17,466,174 | $16,195,640 | $15,509,757 | |
| Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,662,150) | (1,454,949) | (1,270,534) | (685,883) | (345,591) | 5,419,107 |
| Ending Balance | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $20,583,273 | $18,921,123 | $17,466,174 | $16,195,640 | $15,509,757 | $15,164,166 | |

Unsecured

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $483,948 | $847,685 | $1,165,318 | $1,336,789 | |
| Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | 483,948 | 363,737 | 317,634 | 171,471 | 86,398 | 1,423,187 |
| Ending Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $483,948 | $847,685 | $1,165,318 | $1,336,789 | $1,423,187 | |

| | |
|---|---|
| Brettler (incl. DIP) Recovery | 6,419,107 |
| Unsecureds (incl. 503b9) Recovery | 2,759,602 |
| | **$9,178,709** |